IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT J. BUHR,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-762-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is affirmed and plaintiff Herbert J. Buhr's appeal is dismissed.

By: L. Jensen, Deputy Clerk
Peter Oppeneer, Clerk of Court

AUG 3 1 2009
Date